■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK STEFFENILLA, Appellant. [813 NYS2d 689]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 25, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.